Presiding Judge.
Court of criminal Appeals
Supreme Court Building.
P.O. Box 12308,
Austin, Tx 78711.

Dated: 3.16.2015
My: Castañeda, Cutberto. Carreño # 857042
Connally Unit 899 F.m 632
Kenedy. Tx 78119

51,326-04

"Request to appointed Attorney"

Dear, Honorable Presiding Judge. Sir. I'm writing This Request
with You Sir. Because I wrote a letter with The District Court
Dallas, Tx Division Where They convicted me, I Request to
Appointed me an Attorney to Help me on my Appeal and Habes
Corpus. or In a motion. my letter with D.A. was dated March 3, 2014
and wrote me back February 10, 15. Where They are saying That
Cannot help me with In my Illegal Arrest, Wrongful conviction.
In my claims of Wrong conviction. Ok.

[ Goverment Appointed Attorney, Non_capital criminal cases. You should
ask The Judge to Appointed an Attorney to Represent you, ]

Ok. Sir. See. I was Arrested In Dallas. Tx In Sep. 1. 1998 For False
drug Charges of 400. Grams or more of Heroine and 4 but Less Than
200 Grams of Cocaine. In both counts 75. yrs. and 45 yrs For False
Charges of Possession with Intent to deliver Those drugs That
Were Not mine. because The Police Found nothing In my
Possession.

## See      Factual Back Ground.

In Sep. 1. 1998. In The Apartments 4320 San Jacinto. St. Apartment
No. 105 In Dallas, Tx. 7. DEA OFFicers mistakenly Executing a no
Knock and announce Search Warrant In The Apartment #105 That
was Not mine Apt #105. because I did Not Rented, LEASED, or
occupied. I was Not living There, I was Not The owner of This
Apt # 105. Where The drugs Were Found Inside In a locked closet
door. The OFFicers is Failure to Knock and announce Their
Identity and Purpose beFore Jumped me In The Hallway Where
one of Them Punched me between my nose and mouth Threw
me down on The Ground and Started to Kicking me several
Times Leaving me with Serious Internal Injuries broken Ribs
and broken Palm of my Right hand. Then Went to breaking
down The Apartment is door #105. Striking That door. near lock.
The Police OFFicers Violated my 4th Amendment Rights against
Unreasonable Searches and Seizures and The Knock and
announce Rule 18 US. C 3109.

#
(1)

Because there was NOT LEASE For The APT #105 NOT under my Name to accused like owner of This APT #105 and The drugs. and my Court Record contains This Evidence to Prove my Illegal Arrest, and False Charges.

See my Court Record In The Page # 124: BY ms. LENA. LEVARIO:

Question: sir, I will like to hear The answer to The las question, Do You have a LEASE For Apartment No. 105.??

Answer: There was NOT LEASE. because ----

Question: It doesn't matter who. I Just want to Know, IF You have one. If You Got one. I want to see it.

Answer: (No.). my Trial Attorney. ms. LENA. LEVARIO. She asked To The Apartments Manager For The LEASE, and There was NOT LEASE. To accused me like owner of This APT #105 where The drugs were Found. Where I was Not In Exclusive Control or Possession of The Place where The drugs Were Found. See Hovencio. Fernandez. Suez 802 SW 765 1990. The State has Not LEASE To accused me For This APT #105. See Also. U.S. V. Patrick. 959 F2d 991. 1992 See also. Humason V. State. 728 S2d 363 1987

4th Amendment Claim. and 18 U.S.C. 3109. Violation

Because my Illegal Arrest was made without warrant without Probable cause my Name is Not In The Arrest Warrant to be Arrested and The Officers could only Arrested me and Jailed me For 48. hours. To Not deprived of my Due Process Rights U.S.C. A Constament 5th, and 14th Violation.

See my Court Record Record In The Page # 226: We already Knew who we were Looking For, and It wasn't my guy. It wasn't my guy. The Search Warrant was For Somebody else.

The Police Officers B. W. Ragsdale # 6219 he did Testified That I was Not his guy. and The Search Warrant was For Somebody else. This Evidence is Showing my Illegal Arrest.

See my Court Record In The Page # 78. BY ms. LEVARIO. Question: You had a search and arrest Warrant and There was a Person That You were entitled to Arrest That was described In The Warrant And It was Not my Client. is That correct.?!

Answer: That is correct.

my Record has Evidence showing my Illegal Arrest.

#2

See. my Court Record In The Page # 13: The Court:

But If You are asking can You ask well did You have an Arrest did The warrant authorize You to arrest another guy.?? Yes. The warrant was Authorize to Arrest another guy, The Arrest Warrant Was Not for me. Illegal Arrest by The Police.

and. Where The Police Officers Executed a no knock and announce mistakenly Search Warrant In The Apt # 105 That was Not mine Apt # 105 and Planted Evidence Inside with The drugs against to me. See my Court Record In The Pages # 73.

Question: And did You Find.??

Answer: I Found an Envelope with a Letter in it Which contained The defendant's name.

Question: did You Found and other Paper work.??

answer: Also, Found a Receipt Which contained The defendant's Name. State's Exhibit No. 25 and State's Exhibit No. 26. Do You Recognize These??

Answer: Yes

Question: And This Was Found Inside of The box with what appeared to be Heroine, cocaine, and Marijuana? !?

Answer: Yes. Not In The Sacks but Inside of The box.

D.A. ms. Hudgins: The State would Offer Into Evidence State's Exhibit. No. 25.

Question By. D.A. ms. Hudgins: And State's Exhibit No. 26 what is That.??

Answer: This is a Handwritten Receipt That has Something Castuneda on it, I really can't read it

Question: The First name but The last name You can read as Castuneda.

Question: did This also appear In The box what appeared to be drugs, Heroine, cocaine, and Marijuana? !.

Answer: Yes . Page # 74.

Page # 52.. Question: By D.A. ms. Hudgins: Let me stop You, what is It That You Found.??

Answer: I Found In The kitchen In a drawer a W.2 Form From 1997. It Shows That he works.

Ok. See. my Court Record is Showing Where The Police Officers Planted Evidence In The Apt # 105 with The drugs against To me. These Evidence were In other Apt # 202.

# (3)

The Police officers deprived me of my Constitutional Due Process Rights to a Fair Trial. The Prosecutor deprived me of a Fair Trial. These 3. Things. a letter with an envelope. and a Receipt, and a W. 2 Form From 1997. were Material Evidence under Brady violation. where The Police officers Failed to disclose These Evidence Before my Trial. The State's Failure to disclose Evidence under Brady Violation. The Brady Violation on The State's Failure to disclose Evidence Violated my Due Process Rights under The 5th. and 14th Amendments to the U.S. Constitution. The Prosecution's Suppression or of Impeachment Evidence Violated my Due Process Rights only when Evidence is Material either to Guilt or to Punishment U.S.C.A Consd Amend 5th

## Due Process Claim

I was Found Guilty For ZAOC. at my Trial. where my Trial Counsel She did Not advise me to Testify. When my Trial Counsel Failed to Prepare The case For Trial and Failed to File Suppression Motion to Suppress drugs and Evidence obtained In Violation of my 4th Amendment Rights by Illegal Police misconduct; Through Illegal Police Activity. was ZAOC. 5th. 6th. Claims 4th. Claims Himmelman v. morrison. 106 CT 2574 1986. See, Also, Owens. U.S 387 F3d 607 7th cir 2004 and where The Informant did Not Testify at my Trial. to File a Motion to Suppress drugs and Evidence, See U.S. V Cantu. 230 F3d 145 5th cir 2000. Exclusionary Rule is Judicially designed remedy Whose Primary Purpose is To discourage unconstitutional or Possible otherwise Illegal Police misconduct and Function's To Suppress Evidence obtained directly or Indirectly Through Illegal Police Activity U.S.C.A Consd Amend 4th

my Request is For appointed Attorney to help me to File a Suppression motion., because I cannot Pay a lawyer.

Respectfully. Mr. Castaneda. cutherto. caweño #857042 Connally unit 899 F.m 632 Kenedy. TX 78119

CCFiLed.

#4